UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JOHN J. ASENDORF and SHIRLEY
PICKFORD ASENDORF,

                                        Plaintiffs,

-vs-                                                    Case No.  6:09-cv-1551-Orl-31KRS

ECONOMY PREMIER ASSURANCE
COMPANY,

                                        Defendant.
_____

# ORDER

This matter is before the Court on the Report and Recommendation of Magistrate Judge Spaulding (Doc. 54) and the objection thereto filed by Plaintiffs (Doc. 55).

In her Report, Magistrate Judge Spaulding found that Plaintiffs had agreed to settle all claims against Defendant arising under its insurance policy in connection with hurricane damage in 2004.  The fact that Defendant did not assign separate claim numbers to the Avion trailers does not alter this conclusion.  Therefore, having reviewed this matter *de novo*, it is

**ORDERED** that the Report and Recommendation is CONFIRMED and ADOPTED.  The Motion to Compel execution of the settlement releases (Doc. 34) is GRANTED.  The claims regarding damage to the Avion trailers are included in the agreed-upon settlement amount. Plaintiffs are required to sign the General Release in the form they originally agreed to sign in consideration of the payment tendered by Defendant.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on March 19, 2012.

Copies furnished to:

Counsel of Record
Unrepresented Party

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

-2-